IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:09-cr-00013-MP-AK

DONNA GAIL WEEKS,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 38, Defendant's motion to continue the April 16, 2009, hearing on Defendant's motion for release from custody.  In the motion, Defendant's attorney states that he will be in trial on that date and is therefore unable to attend.  The Government is unopposed to the requested continuance.  Upon consideration, the Court finds that the interests of justice are best served by granting the motion.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Defendant's motion (Doc. 38) to continue the April 16, 2009, hearing on her motion for release from custody is GRANTED.  The hearing on Defendant's motion for release from custody (Doc. 28) is reset to Friday, April 17, 2009, at 9:30 a.m.

**DONE AND ORDERED** this  *15th* day of April, 2009

                            *s/Maurice M. Paul*
                  Maurice M. Paul, Senior District Judge